UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ERICA CONDIFF                                              CIVIL ACTION

VERSUS                                                     NO.   16-6788

SOCIAL SECURITY ADMINISTRATION                             SECTION "S" (3)

**ORDER**

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion.   Accordingly,

**IT IS ORDERED** that the Commissioner's Motion for Summary Judgment is GRANTED, the Plaintiff's Motion for Summary Judgment is DENIED and the plaintiff's complaint be and is hereby DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 27th day April, 2017.

UNITED STATES DISTRICT JUDGE